■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS AGUILAR, Appellant. [885 NYS2d 643]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Sullivan, J.), rendered April 14, 2008, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Rivera, J.P., Miller, Balkin, Leventhal and Hall, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES R. BELTER, Appellant. [885 NYS2d 639]—Appeal by the defendant from a judgment of the County Court, Westchester County (Alessandro, J.), rendered August 30, 2005, convicting him of attempted rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]).

The defendant has not, nor could he have, raised any nonfrivolous issues in his supplemental pro se brief. Fisher, J.P., Balkin, Hall and Austin, JJ., concur.